UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**NANNETTE WILLIAMS**                                        **CIVIL ACTION**

**VERSUS**

                                                                             **NO. 19-704-JWD-SDJ**

**GURDEEP SINGH, et al.**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 4, 2020, to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 5) is GRANTED, and this action is REMANDED to the Eighteenth Judicial District Court, West Baton Rouge Parish, Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>July 2, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**